## SECOND DEPARTMENT, JUNE, 1973

### (June 21, 1973)

In the Matter of MAURICE PHILLIPS, Petitioner, v. THEODORE A. KELLY, a Judge of the County Court, Rockland County, et al., Respondents.— Proceeding pursuant to article 78 of the CPLR (1) to prohibit respondents from proceeding with the trial of indictment No. 73-63, (2) to delete from said indictment any reference to petitioner and (3) to compel respondents to furnish petitioner with a transcript of his own testimony before the Rockland County Grand Jury. Application denied and proceeding dismissed, without costs. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.